## Marcello *v.* Farrell, Appellant.
## Brown *v.* Farrell, Appellant.

Argued March 15, 1966. Before MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

642

*William J. Joyce,* with him *Albert E. Acker,* and *Cusick, Madden, Joyce, Acker and McKay,* for appellant.

*Bernard Goldstone,* with him *Routman, Moore & Goldstone,* for appellee.

OPINION PER CURIAM, April 19, 1966:
Judgments affirmed.